1 | Steven G. Rosales
Attorney at Law: 222224
2 | Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 | Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 | Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net
5
Attorneys for Plaintiff
6 | Sheeraz B. Khan

7

8 | **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
9

10 | SHEERAZ B. KHAN,                ) Case No.: CV 09-8951 VBK
                                    )
11 |         Plaintiff,              ) ORDER AWARDING EQUAL
                                    ) ACCESS TO JUSTICE ACT
12 |     vs.                         ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE,              ) AND COSTS PURSUANT TO 28
     Commissioner of Social Security,) U.S.C. § 1920
14 |                                 )
             Defendant               )
15 |                                 )
                                    )
16

17 |     Based upon the parties' Stipulation for the Award and Payment of Equal

18 | Access to Justice Act Fees, Costs, and Expenses:

19 |     IT IS ORDERED that fees and expenses in the amount of $3,600.00 as

20 | authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

21 | DATE:  February 23, 2011

22 |                          _____/s/_____
                             THE HONORABLE VICTOR B. KENTON
23 |                         UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3   　　　/s/ Steven G. Rosales
    _____
4   Steven G. Rosales
    Attorney for plaintiff Sheeraz B. Khan

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26